**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN -7 A 10 03

CLERK _____
_____ GA.

| | |
|---|---|
| BOBBY RAY ALLEN | CIVIL ACTION NO: CV590-269 |
| DAVID STEVERSON | CV590-272 |
| GEORGE HOWELL | CV590-273 |
| JAMES GRIFFIN, SR. | CV590-274 |
| IDAS RAY SMITH | CV590-276 |
| | |
| HAROLD L. BAXLEY | CV590-277 |
| VERNON CHARLES SMITH | CV590-278 |
| THOMAS K. HARRIS | CV590-280 |
| JACK RANDALL TARPLEY | CV590-281 |
| GLORIA B. BUTLER | CV591-005 |
| ROBERT L. ROLLINS, | CV591-076 |

Plaintiffs,

v.

CSX TRANSPORTATION, INC.,

Defendant.

## O R D E R

Plaintiffs have filed an Objection to the Magistrate Judge's Order dated May 3, 2005. (Allen Doc. 69.) That Order granted Defendant's Motion for Psychiatric examinations of the Plaintiffs. Plaintiffs' Objection is **OVERRULED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law.

**SO ORDERED**, this __7th__ day of __June_____, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)