IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| RICHARD LAMAR CARTER | ) | CIVIL ACTION NO.: CV590-276 |
| GEORGE HOWELL | ) | CV590-273 |
| VERNON CHARLES SMITH | ) | CV590-278 |
| GLORIA BUTLER | ) | CV591-005 |
| DANNY KIRKLAND | ) | CV591-019 |
| ROBERT ROLLINS | ) | CV597-076 |
| Plaintiffs, | ) | |
| v. | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| Defendant. | ) | |



## ORDER

Defendant has filed Objections to the testimony of Richard A. Lemen, Ph.D. (<u>Carter</u> doc. 141.) Defendant's objections are based on the assertion that Dr. Lemen proposes to testify with regard to areas outside of his areas of expertise. The Court presumes that the Plaintiffs intend to have Dr. Lemen testify live at trial. Defendant's objection is **sustained**. Dr. Lemen will not be allowed to testify as to matters outside of his areas of expertise. However, the Court can not, at this time, determine the admissibility of specific questions which may be posed to Dr. Lemen at trial.

**SO ORDERED**, this 9th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)