**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

GEORGE RONNEY HOWELL,                           :

      Plaintiff,                                :

      vs.                                       :        CIVIL ACTION NO.: CV590-273

CSX TRANSPORTATION, INC.,                        :

      Defendant.                                :


**O R D E R**

As counsel for Plaintiff is a Georgia State Senator and is currently attending a legislative session involving matters of great public interest, the Clerk is directed to **close** this case for statistical purposes.  Counsel for Plaintiff shall advise the Court when the legislative session has concluded.

**SO ORDERED**, this _15_ day of February, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)